UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABRIELA MARTINEZ-AMEZAGA,<br><br>        Plaintiff,<br><br>      -against-<br><br>NORTH ROCKLAND CENTRAL SCHOOL DISTRICT also known as Haverstraw-Stony Point Central School District; BOARD OF EDUCATION OF THE NORTH ROCKLAND CENTRAL SCHOOL DISTRICT also known as Haverstraw-Stony Point Central School District; ILEANA ECKERT; ERICK BAIRD; KRIS FELICELLO; FARID JOHNSON; AVIS SHELBY; SARAH SORENSEN,<br><br>        Defendants. | ORDER OF SERVICE<br><br>21-CV-00521 (PMH) |

PHILIP M. HALPERN, United States District Judge:

  Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.[1]

  The Clerk of Court is directed to issue summonses as to Defendants North Rockland Central School District; Board of Education of the North Rockland Central School District; Ileana Eckert; Erick Baird; Kris Felicello; Farid Johnson; Avis Shelby; and Sarah Sorensen. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

  The Clerk of Court is directed to mail Plaintiff an information package.

---

[1] Because Plaintiff is not proceeding IFP, she is not entitled to assistance from the United States Marshals Service in serving Defendants.

2

SO ORDERED:

Dated: New York, New York
February 1, 2021

_____
PHILIP M. HALPERN
United States District Judge