# SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW

> Application granted. The pre-motion telephone conference is adjourned to 6/24/2021 at 11:45 a.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          June 21, 2021

**Via ECF**

Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Martinez-Amezaga v. North Rockland Central School District, et al.*
            Docket No.: 21-cv-00521 (PMH)
            Our File No: 5001.562

Dear Judge Halpern:

      We represent the defendants in the above-referenced matter. We write to respectfully request a brief adjournment of the pre-motion conference currently scheduled for June 23, 2021 at 2:30 due to the scheduling of a settlement conference in another matter before Judge McCarthy at 2:00 that same day, which we anticipate will last the remainder of the afternoon. This is the first request for an adjournment of the pre-motion conference. We have conferred with plaintiff's counsel, and we are both available anytime on the following day, June 24, 2021, if that should suit the Court's calendar.

      We thank the Court for its consideration of this matter.

                        Respectfully submitted,

                        **SILVERMAN & ASSOCIATES**

                        *Karen Rudnicki*

                        Karen Rudnicki

To:    John J. Martinez (*via ECF*)
       10 Palmer Avenue
       Croton on Hudson, New York 10520