UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELA MARTINEZ-AMEZAGA,

                    Plaintiff,

-against-

NORTH ROCKLAND CENTRAL SCHOOL DISTRICT a/k/a Haverstraw-Stony Point Central School District, et al.,

                    Defendants.

ORDER

21-CV-00521 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Oral argument has been scheduled on the pending motion to dismiss. The oral argument will be held on June 9, 2022 at 2:30 p.m. in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

    All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire before being allowed entry into the courthouse. On the day that you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used as the SDNY entry device at the courthouse entrance.

SO ORDERED.

Dated: White Plains, New York
       May 24, 2022

                                      _____
                                      Philip M. Halpern
                                      United States District Judge