**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GABRIELA MARTINEZ-AMEZAGA,

                Plaintiff,

   -against-                                    21 **CIVIL** 521 (PMH)

                                                **JUDGMENT**

NORTH ROCKLAND CENTRAL SCHOOL
DISTRICT a/k/a Haverstraw-Stony Point
Central School District, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 16, 2024, Defendants' motion for summary judgment (Doc. 61) is GRANTED. Plaintiff's Amended Complaint is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

       January 16, 2024

                                                   **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                            **BY:**            *K. Mango*

                                                     **Deputy Clerk**